UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the termination of　　　　　　　　　　　　　ORDER
Referral to Magistrate Judge


_____

      **ORDERED** that the referral to the below Magistrate Judges in the following cases has been terminated. These cases will be decided directly, without Report and Recommendation, by the Honorable Lawrence E. Kahn, Senior District Judge:

| | Case Number | Caption |
|---|---|---|
| 1) | 5:15-cv-1160 (LEK/CFH) | Bell v. Commissioner of Social Security |
| 2) | 1:15-cv-1189 (LEK/ATB) | Hall v. Commissioner of Social Security |
| 3) | 3:15-cv-1492 (LEK/ATB) | Bleil v. Commissioner of Social Security |
| 4) | 1:16-cv-46 (LEK/TWD) | Snyder v. Commissioner of Social Security |

**IT IS SO ORDERED.**

Dated: October 12, 2016
Syracuse, New York

Chief U.S. District Judge
Northern District of New York